U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:MTK
F#2016R00826

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 24, 2020

By Email & ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Eric Sedge
> Docket No. 16-CR-537 (KAM)

Dear Judge Matsumoto:

The government writes in response to the Court's request for additional information regarding conditions at FCI Danbury. Based on information provided from FCI Danbury, the government reports the following:

- As of April 24, 2020, FCI Danbury currently has 20 inmates on isolation status due to potential COVID-19 infection; 15 of those inmates are confirmed positive for the virus.
- As of April 24, 2020, there has been one death at FCI Danbury related to COVID-19.
- FCI Danbury has been able to test all inmates showing symptoms of the COVID-19 virus.
- FCI Danbury has established an isolation unit for positive and suspected positive inmates (those inmates awaiting results).
- FCI Danbury has established a quarantine unit for inmates awaiting home confinement approval.
- All inmates at FCI Danbury are confined to their assigned housing unit, required to wear masks and subject to daily temperature checks.
- All inmates at FCI Danbury are currently fed in their units.
- All inmates at FCI Danbury attend sick call in their unit.

- A daily cleaning schedule has been established at FCI Danbury for shower and living areas, with cleaning supplies delivered each day.

Finally, FCI Danbury has received the defendant's April 10, 2020 request for home confinement and plans to respond to the defendant's request no later than May 10, 2020.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

By:    /s/ Michael T. Keilty
       Michael T. Keilty
       Assistant U.S. Attorney
       (718) 254-7528

cc: Defense Counsel